UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Bruce Delle Chiaie, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | Case No. |
| § | |
| IKO Manufacturing Inc.; IKO Industries Inc.; IKO Midwest Inc.; and IKO Production, Inc., § § § | |
|     *Defendants*. § | |

### NOTICE OF REMOVAL

The defendants -- IKO Manufacturing Inc.; IKO Industries Inc.; IKO Midwest Inc.; and IKO Production, Inc. (referred to collectively herein as the "defendants," or as "IKO") -- submit this Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, to effect the removal to this court of a civil action filed in the Rockingham County (New Hampshire) Superior Court captioned <u>Bruce Delle Chiaie v. IKO Manufacturing, Inc., IKO Industries, Inc., IKO Midwest, Inc., and IKO Production, Inc.</u> (Case No. 218-2015-cv-00303; herein the "State Court Action"). The removing parties are the only defendants in the State Court Action, and each of them has joined in and consented to this Notice of Removal.

**Statement of Grounds for Removal**

1.  The defendants submit this Notice of Removal pursuant to 28 U.S.C. § 1441, which authorizes the removal of any civil action brought in a state court of which the district courts of the United States have original jurisdiction.

2.  Pursuant to 28 U.S.C. § 1332(a), this court has original jurisdiction over plaintiff's claims in this matter because the plaintiff and the defendants are citizens of different

states, and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

3. The plaintiff, Bruce Delle Chiaie, claims to be a citizen of New Hampshire, with a residence at 40 Windsor Green, K, Greenland NH 03840.

4. Each of the defendants is a Delaware corporation, with a principal place of business at 6 Denny Road, Suite 200, Wilmington DE 19890, or at another location not within the State of New Hampshire.

5. The plaintiff's claimed damages, which he seeks to have trebled, are alleged to be "*well over $40,000.*"   See *Sierra v. Progressive Direct Ins. Co.*, 2012 U.S. Dist. LEXIS 140864 (D. Mass. September 28, 2012) ("Statutory damage multipliers, such as treble damages under Mass. Gen. Laws ch. 93A, may be considered" when "ascertain[ing] the amount in controversy"); *Williams v. Litton Loan Servicing*, 2011 U.S. Dist. LEXIS 90689 (D. Mass. August 15, 2011) ("… the court's determination of the amount in controversy … must account for [defendant's] alleged violation of Chapter 93A, which authorizes both treble damages and attorney's fees for successful litigants").

6. On May 4, 2015, defendants' undersigned counsel, on their behalf, accepted service of process of the plaintiff's Complaint, without waiver of any claims or defenses.

7. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon the defendants are being submitted with this Notice of Removal.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon plaintiff's counsel, and a copy is being filed concurrently with the Clerk of the Rockingham County Superior Court.

Respectfully submitted,

IKO MANUFACTURING INC.; IKO INDUSTRIES INC.; IKO MIDWEST INC.; and IKO PRODUCTION, INC.

By Their Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED:  June 3, 2015        By:   /s/ Irvin D. Gordon, Esq.
                                  Irvin D. Gordon, Esq. #962
                                  9 Capitol Street
                                  Concord, NH 03301
                                  (603)224-2341
                                  e-mail:  igordon@sulloway.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

DATED:  June 3, 2015        By:   /s/ Irvin D. Gordon, Esq.
                                  Irvin D. Gordon, Esq. #962